# IN THE UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

───────────────────────────────

LITTLE SISTERS OF THE POOR HOME
FOR THE AGED, DENVER, COLORADO,
et al.,

      Plaintiffs-Appellants,

      v.                                    No. 13-1540

ALEX AZAR, et al.,

      Defendants-Appellees.

───────────────────────────────

## JOINT STIPULATION OF DISMISSAL

Pursuant to this Court's order of June 15, 2018, the parties submit the attached proposed order of dismissal. For the reasons explained in appellants' May 31, 2018 status report, the parties agree that this appeal is moot and should be dismissed.

Dated: June 25, 2018

                                                                          Respectfully Submitted,

| | |
|---|---|
| */s/ Mark Rienzi* | ETHAN DAVIS |
| Mark L. Rienzi |   *Deputy Assistant Attorney General* |
| Daniel Blomberg | MATTHEW M. COLLETTE |
| The Becket Fund for Religious Liberty | */s/ Patrick G. Nemeroff* |
| 1200 New Hampshire Ave N.W., Suite 700 | PATRICK G. NEMEROFF |
| Washington, DC 20036 |   *Attorneys, Appellate Staff* |
| (202) 349-7208 |   *Civil Division* |
| mrienzi@becketfund.org |   *U.S. Department of Justice* |
| |   *950 Pennsylvania Ave., NW, Rm. 7217* |
| Carl C. Scherz |   *Washington, DC 20530* |
| Seth Roberts |   *202-305-8727* |

Locke Lord LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201
(214) 740-8583
cscherz@lockelord.com

Kevin C. Walsh
Univ. of Richmond Law School
28 Westhampton Way
Richmond, VA
(804) 287-6018
kwalsh@richmond.edu

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

_____

LITTLE SISTERS OF THE POOR HOME
FOR THE AGED, DENVER, COLORADO,
et al.,

    Plaintiffs-Appellants,

v.                                          No. 13-1540

ALEX AZAR, et al.,

    Defendants-Appellees.

_____

## [PROPOSED] ORDER OF DISMISSAL

The above-captioned appeal arises from the district court's denial of plaintiffs' motion for a preliminary injunction. On May 29, 2018, the district court granted plaintiffs' motion to reopen the case, issued a permanent injunction in favor of plaintiffs, and entered final judgment. Because this appeal is therefore moot, it is hereby dismissed.

## CERTIFICATIONS OF COMPLIANCE

I certify that (1) all required privacy redactions have been made; (2) any required paper copies are exact versions of the document filed electronically; and (3) that the electronic submission was scanned for viruses and found to be virus-free.

/s/ Patrick G. Nemeroff
PATRICK G. NEMEROFF

**CERTIFICATE OF SERVICE**

I hereby certify that on June 25, 2018, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system. I further certify that the participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

*/s/ Patrick G. Nemeroff*
PATRICK G. NEMEROFF